UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERTO JANERO,

       Petitioner,

v.                                                                                       4:11cv455-WS

IMMIGRATION AND CUSTOM
ENFORCEMENT,

       Respondent.

_____

ORDER DIRECTING TRANSFER OF CASE

       Before the court is the magistrate judge's report and recommendation docketed September 16, 2011. See Doc. 4. The magistrate judge recommends that the action be transferred to the Southern District of Florida.[1] No objections to the report and recommendation have been filed.

       Upon review of the record, this court has determined that the recommendation should be adopted.

       Accordingly, it is ORDERED:

       1. The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order of the court.

---

[1] In the concluding paragraph of his report and recommendation, the magistrate judge mistakenly refers to the petitioner as "Ezequiel Reyes." The section 2241 petition before the court was filed by Roberto Janero.

2. The clerk shall TRANSFER this action, filed by Roberto Janero pursuant to 28 U.S.C. § 2241, to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.

DONE AND ORDERED this      20th      day of      October     , 2011.


                                                s/ William Stafford
                                                WILLIAM STAFFORD
                                                SENIOR UNITED STATES DISTRICT JUDGE